FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:18-cv-1282-ORL-37-KRS

MARK BOROSCH,

      Plaintiff,

v.

KOBI KARP ARCHITECTURE &
INTERIOR DESIGN, INC.,

      Defendant.

_____

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff MARK BOROSCH by and through his undersigned counsel, brings this Complaint against Defendant KOBI KARP ARCHITECTURE & INTERIOR DESIGN, INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. This is an action for: (a) copyright infringement under Section 501 of the Copyright Act; and (b) the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted photographs of Le Meridien Hotel in Tampa, Florida, owned and registered by Borosch, a Florida-based professional photographer. Accordingly, Borosch seeks monetary relief under the Copyright Act of the United States.

2. Borosch is recognized architectural photographer with an extensive background in commercial photography and photojournalism. In 1989, Borosch joined the U.S. Air Force and soon joined the elite team of Combat Camera Photographers charged with documenting the Air

Force mission from the home front to the war zone. He received further training at the prestigious Rochester Institute of Technology. Borosch went on to become the chief aerial photography instructor and evaluator at Vandenberg Air Force Base in California.

3. In 2000, Borosch left the Air Force and started doing freelance work in Santa Barbara, California. Soon after, Borosch moved to Florida where he started his own business as a professional photographer in the business of doing contract photoshoots of large-scale projects (such as hotels) and licensing his photographs for promotional and and/or editorial uses. His work has appeared in a host of prestigious magazines, including Florida Design, duPont Registry, LUXE, and Electronic House.

4. Defendant KOBI KARP ARCHITECTURE & INTERIOR DESIGN, INC. ("Kobi Karp") is an architecture and design firm headquartered in Miami, Florida with branch studios in the Middle East. Kobi Karp is a member of the American Institute of Architects (AIA) and the American Society of Interior Designs (ASID). At all times material, hereto, Kobi Karp has owned and operated a commercial website at the URL: http://www.kobikarp.com (the "Website").

5. Borosch alleges that Kobi Karp copied Borosch's copyrighted Works and displayed them on the Website in order to advertise, market and promote its business activities. Kobi Karp committed the violations alleged in connection with Kobi Karp's business for purposes of advertising and promoting itself to the public in the course and scope of the Kobi Karp's business.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY, BOCA RATON, FL 33431

## JURISDICTION AND VENUE

6. This first and second claims arise under the Copyright Act, 17 U.S.C. § 101, *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Florida.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Kobi Karp Architecture & Interior Design, Inc. is a Florida Corporation with its principal place of business at 2915 Biscayne Boulevard, Suite 200, Miami, Florida, 33137, and can be served by serving its Registered Agent, Mr. Kobi Karp at the same address.

## THE COPYRIGHTED WORKS AT ISSUE

11. On June 7 and 8, 2017, Borosch photographed Le Meridien Hotel in Tampa, Florida. Borosch photographed numerous areas of the hotel, including a dining area, and a dining area featuring a book case, which are shown below and referred to herein as the "Works."



4



12.     Borosch registered the Works with the Register of Copyrights on December 26, 2017 and was assigned the registration number VA 2-080-283.  The Certificate of Registration is attached hereto as Exhibit 1.

13.     Borosch agreed to license the Works to Kobi Karp on the condition that Kobi Karp make full payment to Borosch.

14.     Borosch posted the Works at the website http://markedmedia.org/Karp-Le-Meridian/ with a clear watermark "Mark Borosch © 2017" and the file's IPTC  metadata clearly indicated "Copyright Notice: Mark Borosch Photography © 2017," as shown in the images attached as Exhibit 2.

15.     At all relevant times Borosch was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANT

16.     Kobi Karp failed to pay Borosch to license the Works.

17. On a date after the Works at issue in this action were created, but prior to the filing of this action, Kobi Karp copied the Works.

18. After Kobi Karp copied the Works, Kobi Karp made further copies and displayed and distributed the Works on the internet to promote its architecture and design planning business.

19. Kobi Karp edited the metadata of the files and removed the metadata clearly indicated "Copyright Notice: Mark Borosch Photography © 2017."

20. Kobi Karp copied, displayed and distributed Borosch's copyrighted Works in connection with Kobi Karp's business for purposes of advertising and promoting Kobi Karp's business, and in the course and scope of advertising and selling services.

21. Borosch's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

22. Kobi Karp committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 3.

23. Borosch never gave Kobi Karp permission or authority to copy, distribute or display the Works at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Plaintiff incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Borosch owns a valid copyright in the Works at issue in this case.

26. Borosch registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Kobi Karp copied, displayed, and distributed the Works at issue in this case without Borosch's authorization in violation of 17 U.S.C. § 501.

28. Kobi Karp performed the acts alleged in the course and scope of its business activities.

29. Borosch has been damaged.

30. The harm caused to Borosch has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

31. Plaintiff incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

32. The Works at issue in this case contain copyright management information ("CMI") consisting of the words "Mark Borosch © 2017" and metadata with the information "Copyright Notice: Mark Borosch Photography © 2017."

33. Kobi Karp knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Works at issue in this action in violation of 17 U.S.C. § 1202(b).

34. Kobi Karp committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Borosch's rights in the Works at issue in this action protected under the Copyright Act.

35. Kobi Karp caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of 's rights in the Works at issue in this action protected under the Copyright Act.

36. Borosch has been damaged.

37. The harm caused to Borosch has been irreparable.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY, BOCA RATON, FL 33431

WHEREFORE, the Plaintiff prays for judgment against the Defendant Kobi Karp Architecture & Interior Design, Inc. that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: August 2, 2018                    Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ALEXANDER C. COHEN
Florida Bar Number: 1002715
alex.cohen@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone

561.404.4353 – Facsimile

*Attorneys for Plaintiff Mark Borosch*